GARY M. RESTAINO
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant United States Attorney
State Bar No. 025496
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED

2023 NOV 21  AM 11: 53

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR23-01846 TUC-RM(MAA)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. § 922(g)(1) and 924(a)(8) (Possession of a Firearm and Ammunition by a Prohibited Possessor) Count 1 |
| Jesus Alfredo Romo, | |
| Defendant. | 18 U.S.C. § 933(a)(2) (Felony Receipt of a Firearm) Count 2 |
| | 18 U.S.C. § 924(c)(1)(A)(i) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) Count 3 |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) (Possession with Intent to Distribute Fentanyl) Count 4 |
| | 21 U.S.C. §§ 846 (Conspiracy to Possess with Intent to Distribute Fentanyl) Count 5 |

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about October 6, 2023, in the District of Arizona, defendant JESUS ALFREDO ROMO, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, to wit: one (1) Smith & Wesson 9mm Shield firearm bearing serial number JHRN570 and eight (8) 9mm caliber rounds.

In violation of Title, 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

On or about September 1 through September 30, 2023, in the District of Arizona, defendant JESUS ALFREDO ROMO, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Smith & Wesson 9mm Shield firearm bearing serial number JHRN570, knowing or having reasonable cause to believe that such receipt could constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(2).

## COUNT THREE

On or about October 6, 2023, in the District of Arizona, defendant JESUS ALFREDO ROMO, did knowingly use and carry a firearm during and in relation to, and possess a firearm in furtherance of, a drug trafficking crime, that is, possession with intent to distribute a controlled substance, a felony crime prosecutable in a Court of the United States, to wit: a Smith & Wesson 9mm Shield firearm, bearing serial number JHRN570.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

## COUNT FOUR

On or about October 6, 2023, in the District of Arizona, JESUS ALFREDO ROMO, did knowingly and intentionally possess with intent to distribute 400 grams or more of a

*United States of America v. Romo*
*Indictment Page 2 of 3*

mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT FIVE

On or about a date unknown, to on or about October 6, 2023, in the District of Arizona, JESUS ALFREDO ROMO, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: November 21, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

JULIE A. SOTTOSANTI
Assistant United States Attorney

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. Romo*
*Indictment Page 3 of 3*